**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

**UNITED STATES OF AMERICA**,

**Plaintiff,**

**v.**

**SHANE BUTLER,**

**Defendant.**                                            **No. 04-cr-30043-DRH**

<u>**ORDER**</u>

**HERNDON, Chief Judge:**

        This matter comes before the Court for case management. On August 4, 2008, Butler filed a motion and request to defer payment of restitution or fine until the supervised release portion of the sentence (Doc. 32). The Court **ORDERS** the Government to respond to Butler's motion on or before August 18, 2008.

        **IT IS SO ORDERED.**

        Signed this 11th day of August, 2008.


/s/   David R Herndon

**Chief Judge**
**United States District Court**